UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
WASSERMAN, JURISTA & STOLZ, P.C.
225 Millburn Avenue, Suite 207
PO Box 1029
Millburn, New Jersey 07041
Tele: (973) 467-2700 / Fax: (973) 467-8126
Counsel for Robert B. Wasserman,
Chapter 7 Trustee
**SCOTT S. REVER (SR 1425)**

**FILED**
JAMES J. WALDRON, CLERK

JUN 17 2013

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

**MARJORIE CONDON,**

          Debtor.

Case No.: 12-31936 RG

Honorable Rosemary Gambardella

Chapter: 7

Hearing Date: June 17, 2013 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL CERTAIN REAL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, AND AVOIDING LIENS PURSUANT TO 11 U.S.C. §544, FIXING A DATE FOR THE DEBTOR TO VACATE THE PREMISES AND DIRECTING THE INTERNAL REVENUE SERVICE TO PROVIDE A PAYOFF FIGURE FOR THE TAX LIEN OF THE DEBTOR'S FORMER SPOUSE**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

6-17-13

_____
USBJ

(Page 3)

| | |
|---|---|
| Debtor: | Marjorie Condon |
| Case no.: | 12-31936 RG |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) authorizing the Trustee to sell certain real property, free and clear of liens, claims and interests, and avoiding liens pursuant to 11 U.S.C. §544, fixing a date for the debtor to vacate the premises and directing the Internal Revenue Service to provide a payoff figure for the tax lien of the Debtor's former spouse |

**ORDERED**, that the amount due on the mortgage on the Property held by Bank of America (Mortgage Book 11349, page 753), shall be paid at closing; and it is further

**ORDERED**, that the judgments/liens on the Property related to claims against Bernard Fevrier, the Debtor's former spouse, as set forth in the motion, shall be paid at closing; and it is further

**ORDERED**, that at the closing, the Trustee is hereby authorized to make such other payments that are necessary to transfer clear and marketable title to the Property; and it is further

**ORDERED**, that the Property is being sold free and clear of the judgment and/or lien of FGS Faber Joint Venture against the Debtor, Judgment Number J-122551-2012, entered on or about June 12, 2012; and it is further

**ORDERED**, that the Property is being sold free and clear of judgment and/or lien of Valley Hospital against the Debtor, Judgment Number DJ-049910-2012, entered on or about March 5, 2012;

**ORDERED**, that the sale is free and clear of the IRS tax lien against the Debtor (V Book 156, page 1290) entered on or about June 30, 2009 in the amount of $97,233.55, which lien, if still due and owing, shall attach to the proceeds of sale and be paid according to the appropriate provisions of the Bankruptcy Code; and it is further

(Page 4)

Debtor:             Marjorie Condon

Case no.:           12-31936 RG

Caption of Order:   Order Pursuant to 11 U.S.C. §363(b) and (f) authorizing the Trustee to sell certain real property, free and clear of liens, claims and interests, and avoiding liens pursuant to 11 U.S.C. §544, fixing a date for the debtor to vacate the premises and directing the Internal Revenue Service to provide a payoff figure for the tax lien of the Debtor's former spouse

**ORDERED**, that the Internal Revenue is directed to provide the Trustee with a payoff amount for its claim on the Property against Bernard Fevrier (V Book 483, page 47) relating its Notice of Federal Tax Lien filed on July 22, 2010 in the amount of $63,198.63, within seven (7) day of the date hereof; and it is further

**ORDERED**, that the Debtor must vacate the Property by June 30, 2013, remove all her personal belongings therefrom (except for fixtures) and leave the Property in broom clean condition; and it is further

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).